■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS L. DUNCAN, Appellant. [700 NYS2d 888] —Judgment unanimously affirmed. Memorandum: The record establishes that defendant made a voluntary, knowing and intelligent waiver of his right to appeal (*see, People v Hidalgo,* 91 NY2d 733, 736; *People v Callahan,* 80 NY2d 273, 280). That waiver encompasses the contention of defendant regarding the denial of his suppression motion (*see, People v Outling,* 231 AD2d 911, *lv denied* 89 NY2d 945). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Attempted Burglary, 3rd Degree.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.

■ In the Matter of the Arbitration between NATIONAL SCHOOL BUS SERVICE, INC., Appellant, and LIBERTY MUTUAL INSURANCE COMPANY, Respondent. [700 NYS2d 785] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted respondent's motion to dismiss this special proceeding seeking to vacate an arbitration award (*see,* CPLR 7511). Because petitioner sought to vacate the award more than "ninety days after its delivery" (CPLR 7511 [a]), the proceeding is time-barred (*see, Matter of State Farm Mut. Auto. Ins. Co. v Elias,* 221 AD2d 547; *Lopez v Coughlin,* 220 AD2d 349; *Fabiano v Country-Wide Ins. Co.,* 150 AD2d 337, 338; *Matter of Malatestinic v Board of Educ.,* 132 AD2d 661, 662; *see also, Heidelberger v Cooper,* 300 NY 502). (Appeal from Order of Supreme Court, Monroe County, Siracuse, J.—Arbitration.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Scudder, JJ.